UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| MICROSOFT CORPORATION, )| | |
| Plaintiff )| | |
| )| | |
| v. )| CIVIL ACTION NO. 05-11865 WGY | |
| )| | |
| STAN ZAVATSKY, d/b/a )| | |
| THE COMPUTER GALLERY )| | |
| Defendant )| | |
| _____) | | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Robert R. Pierce, Pierce & Mandell, P.C. as counsel for

Defendant Stan Zavatsky d/b/a The Computer Gallery in the above captioned case.


      /s/ Robert R. Pierce
Robert R. Pierce (BBO #549172)
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

Dated: December 22, 2005