UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICROSOFT CORPORATION,<br>　　Plaintiff<br><br>　　　v.<br><br>STAN ZAVATSKY, d/b/a<br>THE COMPUTER GALLERY<br>　　Defendant | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 05-11865 WGY<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE ABOVE NAMED COURT:

　　Please enter the appearance of Thomas E. Kenney, Pierce & Mandell, P.C. as counsel for Defendant Stan Zavatsky d/b/a The Computer Gallery in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ Thomas E. Kenney_____
　　　　　　　　　　　　　　　　　　　　　　　　Thomas E. Kenney (#561590)
　　　　　　　　　　　　　　　　　　　　　　　　PIERCE & MANDELL, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　11 Beacon Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　(617) 720-2444

Dated: December 22, 2005