UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAN ZAVATSKY, an individual, and d/b/a<br>THE COMPUTER GALLERY,<br><br>　　　　Defendants. | CIVIL ACTION NO. 05-11865-WGY<br><br>**ASSENTED TO MOTION<br>TO EXTEND TIME TO FILE<br>MOTIONS UNDER RULE 12(f)** |

Microsoft Corporation ("Microsoft") hereby moves this Court to extend by sixty days, until March 13, 2006, the time within which Microsoft may file a motion under Fed. R. Civ. P. 12(f) to strike affirmative defenses in the Answer filed by the defendants Stan Zavatsky, and The Computer Gallery (the "Defendants"). The grounds for this motion are as follows:

　　　　1.　　On September 15, 2005, Microsoft filed its Complaint alleging that defendants distributed counterfeit and infringing Microsoft software, thereby infringing Microsoft's rights in its registered copyrights and trademarks.

　　　　2.　　On December 22, 2005 defendants filed their answer to Microsoft's Complaint. Defendants' Answer alleged a number of affirmative defenses.

　　　　3.　　Microsoft believes that at least some of defendants' alleged affirmative defenses are insufficient and should be stricken.

　　　　4.　　The parties have begun discussions to explore whether a settlement might be possible. The parties believe that it would be more fruitful to focus their energy on settlement discussions than to incur the time and expense of motion practice.

# 3504777_v1

5. Accordingly, to allow the parties time to pursue their discussions, Microsoft hereby requests that this Court extend the time for it to file motions under Rule 12(f) by 60 days, until March 13, 2006.

6. Plaintiffs' counsel has conferred with counsel for the defendants, who has informed plaintiff's counsel that the defendants will assent to this motion.

WHEREFORE Microsoft asks that this Court grant this motion and extend until March 13, 2006 the time for Microsoft to file motions under Rule 12(f).

Respectfully submitted,

MICROSOFT CORPORATION,

By its attorneys,

/s/ Edward J. Naughton
Edward J. Naughton (BBO#600059)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Assented to:

/s/ Robert R. Pierce (per telephone authorization)
Robert R. Pierce (BBO #549172)
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

Dated: January 10, 2006