UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>STAN ZAVATSKY, an individual, and d/b/a<br>THE COMPUTER GALLERY,<br><br>            Defendants. | CIVIL ACTION NO. 05-11865-WGY |

### JOINT STATEMENT OF THE PARTIES PURSUANT TO L. R. 16.2(B)

Counsel for the parties have conferred, as required by Rule 16.1(B) of the Local Rules of this Court, and now submit this Joint Statement in accordance with Local Rule 16.1(D).

I.   **SUMMARY OF THE CASE**

Microsoft Corporation ("Microsoft") alleges that defendant Stan Zavatsky, an individual doing business as The Computer Gallery, has infringed Microsoft's registered copyrights and trademarks by distributing counterfeit and infringing copies of Microsoft's software. Microsoft seeks monetary damages, an accounting, and a permanent injunction. Mr. Zavatsky has denied Microsoft's allegations.

II.   **AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

   A.   The schedule for this action, which shall encompass the following:

      1.   Fact discovery;

      2.   Expert discovery;

      3.   Dispositive motions; and

      4.   Trial.

Jan. 19, 2006
YOUNG, D.J.   as modified
So ordered as the case management
scheduling order.
   Discovery      Aug 31, 2006
   Dispositive motions due Sept 15, 2006

William G. Young
U.S. District Judge

# 3511482_v1

  B.  Status of settlement discussions in this matter

**III. PROPOSED DISCOVERY PLAN AND MOTION SCHEDULE**

The parties have agreed to the following proposed events:

  A.  Fact Discovery

    1. Each of the parties has made its voluntary disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

    2. Written discovery shall be completed no later than June 30, 2006. All interrogatories, document requests, and/or requests for admissions must be served by May 26, 2006, so that the responses thereto will be due by June 30, 2006.

    3. All depositions, other than expert depositions, shall be taken on or before June 30, 2006.

  B.  Expert Discovery

    1. Microsoft shall make any expert disclosure as required under Fed. R. Civ. P. 26(a)(2) no later than June 30, 2006.

    2. Defendants shall make their expert disclosure as required under Fed. R. Civ. P. 26(a)(2) no later than July 31, 2006.

    3. Depositions of the experts so disclosed must be concluded no later than August 31, 2006.

  C.  Motions for Summary Judgment

    1. Motions for summary judgment, if any, may be served and filed no later than September 15, 2006.

    2. Responses to oppositions to motions for summary judgment must be served and filed by October 6, 2006.

    3. Replies to oppositions to motions for summary judgment must be served and filed by October 20, 2006.

  D.  Amendment of Pleadings, Joinder of Parties

Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15 or for joinder of parties pursuant to Fed. R. Civ. P. 19 must be served and filed, to the extent that the service or filing of such motions is otherwise permitted by this Court and by the Federal Rules of Civil Procedure, no later than May 1, 2006.

# 3511482_v1       - 2 -

E. Trial

A pretrial conference shall take place on the first date convenient to the court following summary judgment motions.

## IV. CERTIFICATIONS

The parties will submit the certifications required by Local Rule 16.1(D)(3) at or prior to the scheduling conference.

## V. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial by a Magistrate Judge.

## VI. ALTERNATIVE DISPUTE RESOLUTION

No agreement has been made at this time for consent to alternative dispute resolution.

|  |  |
|---|---|
| STAN ZAVATSKY, an individual, and d/b/a THE COMPUTER GALLERY, | Respectfully submitted,<br>MICROSOFT CORPORATION, |
| By their attorneys, | By its attorneys, |
| /s/ Robert R. Pierce (per email authorization)<br>Robert R. Pierce (BBO #549172)<br>PIERCE & MANDELL, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 | /s/Edward J. Naughton<br>Edward J. Naughton (BBO#600059)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: January 18, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electric Filing and paper copies will be sent to those indicated as non-registered participants on January 18, 2006.

/s/ Edward J. Naughton
Edward J. Naughton (BBO#600059)

# 3511482_v1

- 3 -