UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STAN ZAVATSKY, an individual, and d/b/a THE COMPUTER GALLERY,<br><br>Defendants. | CIVIL ACTION NO. 05-11865-WGY |

## CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify and affirm that they have conferred with respect to establishing a budget for the costs of full litigation and of various other alternative courses. Further, they have considered the use of alternative methods of resolving this dispute, including those methods outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Mary Jo Schrade
Mary Jo Schrade, Esq.
MICROSOFT CORPORATION
1125 Sanctuary Parkway, Suite 300
Alpharetta, GA 30004
(678) 629-5890

/s/Edward J. Naughton
Edward J. Naughton (BBO#600059)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: January 20, 2006

# 3528331_v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electric Filing and paper copies will be sent to those indicated as non-registered participants on January 20, 2006.

/s/ Edward J. Naughton
Edward J. Naughton (BBO#600059)

# 3528331_v1

- 2 -