UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICROSOFT CORPORATION,  )
    Plaintiff )
  )
v. ) CIVIL ACTION NO. 05-11865 WGY
  )
STAN ZAVATSKY, d/b/a )
THE COMPUTER GALLERY )
    Defendant )

**DEFENDANTS' CERTIFICATION PURSUANT TO LR 16.1(D)(3)**

The defendant and his counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

STAN ZAVATSKY, d/b/a
THE COMPUTER GALLERY,

By: Stan Zavatsky

Robert R. Pierce (BBO #549172)
Thomas E. Kenney (BBO #561590)
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444