UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICROSOFT CORPORATION,

Plaintiff,

v.

STAN ZAVATSKY, an individual, and d/b/a
THE COMPUTER GALLERY,

Defendants.

Civil Action No. 05-11865-WGY

**PLAINTIFF MICROSOFT CORPORATION'S MOTION TO STRIKE A PORTION OF AFFIRMATIVE DEFENSES**

In accordance with Fed. R. Civ. P. 8 and Loc. R. 7, plaintiff Microsoft Corporation ("Microsoft") hereby moves to strike a portion of the Fourth Affirmative Defense and the Seventh Affirmative Defense set forth in Defendant Stan Zavatasky's Answer and Jury Demand ("Answer").

The basis for this motion is set forth in full detail in the accompanying memorandum in support. In brief, Defendants have asserted affirmative defenses of "unclean hands and inequitable conduct" (Fourth Affirmative Defense) and "plaintiff's anti-competitive practices and monopolization efforts" (Seventh Affirmative Defense). Those affirmative defenses have no nexus to the copyright and trademark infringement claims that are at issue in this straightforward counterfeiting case, are procedurally impermissible and legally insufficient, and should be stricken without leave to amend.

# 3644529_v1

WHEREFORE Microsoft respectfully requests that this Court grant this motion and strike the "unclean hands" and "inequitable conduct" portion of the Fourth Affirmative Defense and the entire Seventh Affirmative Defense set forth in the Defendant's Answer, without leave to amend.

Respectfully submitted,

MICROSOFT CORPORATION,

By its attorneys,

/s/ Edward J. Naughton

Edward J. Naughton (BBO#600059)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 7, 9 and 10, 2006, I conferred with Robert Pierce, counsel for defendants, in an effort to resolve the issues raised by this motion. Those efforts were unsuccessful.

/s/ Edward J. Naughton
Edward J. Naughton (BBO#600059)

# 3644529_v1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electric Filing and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

/s/ Edward J. Naughton
Edward J. Naughton (BBO#600059)

# 3644529_v1

3