UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICROSOFT CORPORATION,

        Plaintiff,

v.

STAN ZAVATSKY, an individual, and
d/b/a THE COMPUTER GALLERY,

        Defendants.

CIVIL ACTION NO. 05-11865-WGY

## STIPULATED PERMANENT INJUNCTION

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Stan Zavatsky, an individual, and d/b/a The Computer Gallery (collectively, "Defendants") (Microsoft and Defendants are collectively referred to as the "Parties"), hereby stipulate that the Defendants, along with their agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from

    (a)    infringing Microsoft's software programs, components of software programs, and end user license agreements ("EULA") protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

        (1)    1,256,083 ("MICROSOFT");

        (2)    1,200,236 ("MICROSOFT");

        (3)    1,816,354 (WINDOWS FLAG LOGO);

        (4)    1,815,350 (COLORED WINDOWS LOGO);

        (5)    1,982,562 (PUZZLE PIECE LOGO);

# 3770250_v2

  (6) 1,475,795 ("POWERPOINT");

  (7) 1,741,086 ("MICROSOFT ACCESS"); and

  (8) 2,188,125 ("OUTLOOK").

or the software programs, software components, and EULA protected by Microsoft's federally registered copyrights, including the following Certificates of Copyright Registration Nos.:

  (1) TX 4-905-936 ("Office 2000 Professional");

  (2) TX 4-905-950 ("Access 2000");

  (3) TX 4-905-949 ("Excel 2000");

  (4) TX 4-906-019 ("Outlook 2000");

  (5) TX 4-905-952 ("PowerPoint 2000");

  (6) TX 4-905-937 ("Publisher 2000"); and

  (7) TX 4-905-951 ("Word 2000").

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any infringing software program, software program component, EULA, item or thing bearing any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in subparagraph (a) above;

  (c) using any infringing simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in subparagraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,

promotion, or display of any software, software component, EULA, item or thing not authorized or licensed by Microsoft;

(d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, software component, or EULA, that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e)    using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names; and

(f)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

**CONSENTED TO BY,**

DATED: June 15, 2006            MICROSOFT CORPORATION,

By: _____
Nancy J. Anderson
Deputy General Counsel

Approved as to form:            HOLLAND & KNIGHT LLP,

DATED: June 15, 2006

By: _____
Edward J. Naughton (BBO#600059)
10 St. James Avenue
Boston, MA 02116

*Attorneys for Microsoft Corporation*

*(Signatures continued on next page)*

DATED: June 7, 2006          STAN ZAVATSKY, an individual,
                             and d/b/a THE COMPUTER GALLERY

                             By: *[signature]*
                             Stan Zavatsky, an individual

                             By: *[signature]*
                             Stan Zavatsky, d/b/a The Computer Gallery


Approved as to form:         PIERCE & MANDELL, P.C.

DATED: June ___, 2006
                             By: *[signature]*
                             Robert R. Pierce (BBO #549172)
                             11 Beacon Street, Suite 800
                             Boston, MA 02108
                             (617) 720-2444

                             *Attorneys for Defendants Stan Zavatsky, an
                             individual, and d/b/a The Computer Gallery*


**SO ORDERED** this ____ day of _____, 2006.


                             _____
                             The Honorable William G. Young
                             United States District Judge